JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS FITZGERALD ERVIN,<br><br>  Petitioner,<br><br>  v.<br><br>SOTO, Warden,<br><br>  Respondent. | Case No. CV 13-4232-JVS (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition is denied and this action is dismissed with prejudice.

Dated: February 19, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE